# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN BOYLE, | Case No.: 2:19-cv-00547-APG-VCF |
| Plaintiff | **Order Closing Case** |
| v. | |
| JAMES RIVER INSURANCE COMPANY, | |
| Defendant | |

Plaintiff Kevin Boyle advised the court that the parties have agreed to submit this case to binding arbitration. ECF No. 18. Boyle states that upon completion of arbitration, the parties will file a stipulation to dismiss the complaint. *Id.* However, Boyle provides no reason why this case should remain open given that the parties have agreed to binding arbitration and there is nothing else for me to do.

I THEREFORE ORDER the clerk of court to close this case.

DATED this 31st day of October, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE